UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Civil Action 04-01736 (HHK) |

### ORDER

Before the court is the application of plaintiff, Electronic Privacy Information Center, for a temporary restraining order and motion for a preliminary injunction that would require defendant, the Department of Justice, to expedite its processing and release of agency records requested by plaintiff under the Freedom of Information Act, 5 U.S.C. § 552.  Upon consideration of the application and motion, plaintiff's complaint for injunctive relief, and the pertinent statutes and other authorities referenced by plaintiff in its application and motion, it is this 12th day of October, 2004, hereby

**ORDERED** that the court shall combine plaintiff's application for a temporary restraining order and its motion for a preliminary injunction for purposes of a hearing that shall be conducted on October 15, 2004, at 11:30 a.m. in Courtroom 14, E. Barrett Prettyman United States Courthouse; and it is further

**ORDERED** that defendant shall file its response to plaintiff's application for a temporary restraining order and motion for a preliminary injunction by no later than 12:00 noon, October 14, 2004; and it is further

**ORDERED** that plaintiff shall file its reply, if there be any, to defendant's opposition by no later than 5:00 p.m., October 14, 2004; and it is further

**ORDERED** that counsel for plaintiff shall serve this order upon government's counsel by hand by no later than 10:00 a.m., October 13, 2004.

_____
Henry H. Kennedy, Jr.
United States District Judge