IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1736 (HHK) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION, AND REQUEST TO PROCEED WITH SCHEDULED HEARING**

Plaintiff Electronic Privacy Information Center ("EPIC") hereby withdraws its pending motion for a temporary restraining order ("TRO") and a preliminary injunction. EPIC's motion has been rendered moot by the recent decision of defendant Department of Justice's component, the Federal Bureau of Investigation ("FBI"), to grant EPIC expedited processing of the subject Freedom of Information Act ("FOIA") request. Exhibit 1 (attached hereto).

Notwithstanding EPIC's withdrawal of its motion for preliminary relief, this case continues to require expeditious consideration. With the FBI's recent decision to grant expedited processing, the FOIA request at issue in this case is legally entitled to such expedited treatment.

As this Court noted in its October 12, 2004 order, plaintiff's motion for injunctive relief sought to "require defendant, the Department of Justice, to expedite its processing *and release* of agency records requested by plaintiff[.]" Order at 1 (emphasis added). When EPIC submitted its FOIA request, and when it filed its motion for a TRO and preliminary injunction, it made clear the urgency of receiving the requested documents

by the October 25, 2004 deadline for public comments on the Secure Flight test phase. However, the FBI's grant letter states only, "[y]our FOIA request will be assigned shortly and the FBI will begin conducting a search for any potentially responsive records."

As such, EPIC respectfully requests that this Court hold the hearing already scheduled for October 15, 2004 at 11:30 a.m. to set a schedule for the release of the records at issue in this case. EPIC further asks that this Court retain jurisdiction over this case to ensure that expedited processing does in fact occur.

Respectfully submitted,

_____
MARCIA HOFMANN
D.C. Bar No. 484136

DAVID L. SOBEL
D.C. Bar No. 360418

MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION
 CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing notice has been served by facsimile and hand delivery on October 14, 2004 to:

Peter Bryce
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530

_____
Marcia Hofmann