UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>　　　　　　Defendant. | Civil Action 04-01736 (HHK) |

**ORDER**

Before the court is defendant's motion to dismiss [#7]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 24th day of November, 2004, hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**, and it is further

**ORDERED** that this action is dismissed.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge